# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**GERALD L. ROSS, # R2038**                                                   **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:09-cv-97-DCB-MTP**

**RON KING**                                                                          **RESPONDENT**

## ORDER

This matter is before the court on request of petitioner Gerald L. Ross for habeas corpus relief pursuant to 28 U.S.C. §2254. It is, hereby,

ORDERED AND ADJUDGED that the respondent, through Jim Hood, file an answer or other responsive pleading in this cause within twenty days of the service upon the said Jim Hood of a copy of this order. The respondent shall file with his answer or other responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the revocation of petitioner's probation.

IT IS FURTHER ORDERED that the Clerk of Court shall serve, by certified mail, a copy of the petition [1] filed herein, a copy of the attachment [5] to the petition, a copy of petitioner's response [7] and a copy of this order upon Jim Hood, Attorney General of the State of Mississippi. The Clerk of Court shall also serve a copy of this order upon petitioner by mailing same to petitioner's last known address.

The court notes that it is unclear whether the petitioner has fully exhausted his state court and/or administrative remedies. However, in the interest of justice and out of an abundance of caution, this court finds it proper at this point to direct the respondent to answer.

Petitioner is warned that his failure to timely comply with any order of this court or his failure to keep this court informed of his current address may result in the dismissal of this case.

SO ORDERED, this the   30th    day of October, 2009.

s/ Michael T. Parker<br>
UNITED STATES MAGISTRATE JUDGE